# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00561-CR

**Phillip Lyle Tignor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT NO. 13,893-A, HONORABLE CURT F. STEIB, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Phillip Lyle Tignor filed a "request for nunc pro tunc order" in the district court seeking a restoration of time credits he lost when his parole was revoked. The court denied the motion and Tignor filed notice of appeal.

We do not have jurisdiction except as expressly granted by law. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). No appeal lies from an order denying a request for judgment nunc pro tunc. *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd). We are not aware of any statute vesting this Court with jurisdiction over this appeal.

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 23, 2005

Do Not Publish